IN THE US DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| NORFOLK TRANSMISSION & MUFFLER SERVICE, INC. | Case No. 8:16-cv-489 |
| Plaintiff, | |
| vs. | **DEFENDANT'S PRIVILEGE LOG** |
| OWNERS INSURANCE COMPANY, | |
| Defendant. | |

COMES NOW the Defendant, by and through counsel of record, and hereby produces the following privilege log in regards to Defendant's Supplemental Responses to Plaintiff's Request for Production:

1. Claims Handling Guidelines, April 29, 2011-May 1, 2014, pages 219-231, "Home Office Legal".

   Defendant claims attorney client privilege as these pages in this document describe and articulate policies and procedures to be utilized between adjusters and Defendant's home office legal department, and between adjusters and panel defense counsel.

2. Claims Handling Guidelines, effective May 1, 2014, pages 130-142, "Home Office Legal".

   Defendant claims attorney client privilege as these pages in this document describe and articulate policies and procedures to be utilized between adjusters and Defendant's home office legal department, and between adjusters and panel defense counsel.

Dated this 9th day of October, 2017.

                OWNERS INSURANCE COMPANY,
                Defendant,


By:    */s/ Michael T. Gibbons*
        Michael T. Gibbons #21263
        Earl G. Greene, III, #17054
        Woodke & Gibbons, PC, LLO
        619 N. 90th Street
        Omaha NE 68114
        (402) 391-6000
        (402) 391-6200 (fax)
        mgibbons@woglaw
        egreene@woglaw.com
        Attorneys for Defendant


## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the above and foregoing document was served by regular U.S. mail, postage pre-paid to the below-listed attorney of record on the 9th day of October, 2017:

Larry Bache
Merlin Law Group
777 S. Harbour Island Blvd., Ste. 950
Tampa, FL 33602


                egIII