IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASAKA

| NORFOLK TRANSMISSION & MUFFFLER SERVICE, INC, | ) | CASE NO.: 8:16-cv-489 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| OWNERS INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

## NOTICE OF STIPULATION REGARDING
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiff, NORFOLK TRANSMISSION & MUFFLER SERIVCE, INC. ("Norfolk Transmission" or "Plaintiff") and Defendant, OWNERS ISNURANCE COMPANY's, ("Owners" or "Defendant") to provide notice to the Court a stipulation entered into between the parties related to Defendant's Motion for Summary Judgment filed on May 22, 2018.

1. On May 22, 2018, Defendant filed its Motion for Summary Judgment related to Plaintiff's bad faith cause of action.

2. On June 6, Defendant requested and Plaintiff agreed to the entering of new scheduling order given personal circumstances of Defendant's counsel.

3. Plaintiff's response to Defendant's Motion for Summary Judgment was due on June 11, 2018.

4. The parties have agreed to allow Plaintiff an additional ten days to respond to Defendant's Motion for Summary Judgment. Hence, Plaintiff will file its response by June 21, 2018.

5. The parties have agreed to allow Defendant an additional ten days to file its Reply, if deemed necessary.

6. This Stipulation was not made for purposes of delay and no prejudice will be suffered by the parties given the new scheduling order that will be issued moving the trial date in this matter.

WHEREFORE the Plaintiff, NORFOLK TRANSMISSION & MUFFLER SERVICE, INC., and Defendant, OWNERS INSURANCE COMPANY'S respectfully provide Notice to the Court of its joint stipulation.

**Dated this 11th day of June, 2018.**

/s/ *Larry E. Bache, Jr.*
Larry E. Bache, Jr.
**MERLIN LAW GROUP, P.A.**
777 S. Harbor Island Blvd., Suite 950
Tampa, Florida 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
lbache@merlinlawgroup.com

and

/s/ *Matthew Saathoff*
Matthew P. Saathoff #24321
SAATHOFF LAW GROUP, PC LLO
14707 California Street, Suite #1
Omaha, Nebraska 68154
Telephone: (402) 333-8488
Facsimile:  (402) 333-8020
Email:  matt@saathofflaw.com
*Attorneys for Plaintiff*

/s/ Michael T. Gibbons
Micheal T. Gibbons
**WOODKE & GIBBONS, P.C., L.L.O.**