# United States District Court

**District of Nebraska**
**111 S. 18th Plaza, Suite 2271**
**Omaha, Nebraska 68102-1322**

**Susan M. Bazis**  **Phone 402.661.7343**
**United States Magistrate Judge**  **Fax 402.661.7345**
_____

September 5, 2018

Dear Counsel and Persons Proceeding Without Counsel:

    Re:    Norfolk v. OIC
             Case No. 8:16cv489

The Final Pretrial Conference set for **September 18, 2018 at 10:00 a.m.**, will be held in my chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Counsel's attention is drawn to NECivR 16.2 for the Order on Final Pretrial Conference format requirements and Rule 39.3(d) regarding the numbering of exhibits. Both the order and exhibit forms can be found on the Court's website, www.ned.uscourts.gov.

In order to conserve time devoted to the Conference, counsel are directed to provide to me by 5:00 p.m. on **September 14, 2018**, a copy of the final agreed upon draft of the proposed final pretrial order. The copy shall be **emailed, in Word format, to my chambers at bazis@ned.uscourts.gov.**

Counsel's attention is drawn to NECivR 16.2(a)(2) for the format and requirements of the final pretrial order. Particular care should be taken to adhere to the requirements of NECivR 16.2(a)(1) regarding the inspection and preparation of exhibits prior to the Pretrial Conference. All objections to any exhibits are to be noted with particularity on the exhibit list attached to the pretrial conference order. Discovery responses must be specifically identified. Objections to witnesses, exhibits, deposition testimony, and discovery responses not made in the Pretrial Order will be deemed waived at trial.

Counsel are informed that the conference will take place regardless of any pending motions in the case except those motions specifically addressed to the holding of the pretrial conference. Counsel are further informed that while settlement will be explored, I will not hold a formal settlement conference at this Final Pretrial Conference.

                      Very truly yours,

                      s/ Susan M. Bazis
                      United States Magistrate Judge