# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASAKA

| | | |
|---|---|---|
| NORFOLK TRANSMISSION & MUFFFLER SERVICE, INC, | ) ) | CASE NO.: 8:16-cv-489 |
| Plaintiff, | ) ) ) | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | ) ) | |
| OWNERS INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

**COMES NOW** the parties, by and through their attorneys of record, and hereby stipulate and agree that the above-captioned matter be dismissed with prejudice. Each party to pay their own costs and the complete record waived.

Dated the 27th day of September, 2018.

NORFOLK TRANSMISSION & MUFFLER SERVICE, INC., Plaintiff

By: */s/ Matthew Saathoff*
Matthew P. Saathoff, #24321
**SAATHOFF LAW GROUP, PC, LLO**
14707 California Street, Suite 1
Omaha, Nebraska 68154
Telephone: (402) 333-8488
Facsimile: (402) 333-8020
Email: matt@satthoflaw.com

-and-

*/s/ Larry E. Bache, Jr.*
Larry E. Bache, Jr.
**MERLIN LAW GROUP, P.A.**
777 S. Harbor Island Blvd., Suite 950
Tampa, Florida 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692
Email: lbache@merlinlawgroup.com
ATTORNEYS FOR PLAINTIFF

OWNERS INSURANCE COMPANY,
Defendant,

By:   */s/ Earl G. Greene, III*
Earl G. Greene, III, #17054
Michael T. Gibbons, #21263
**WOODKE & GIBBONS, P.C., L.L.O**
Historic Inns of Court Building
619 North 90th Street
Omaha, Nebraska 68114
Telephone: (402) 391-6000
Facsimile: (402) 391-6200
Email: egreene@woglaw.com
Email: mgibbons@woglaw.com
ATTORNEYS FOR DEFENDANT